UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 18-242** |
| **DAVID HANSON ET AL** | **SECTION "B"(4)** |

### ORDER

Considering the government's "Unopposed Motion and Incorporated Memorandum to Continue Sentencing Hearing" (Rec. Doc. 34),

**IT IS ORDERED** that the motion to continue is **GRANTED in part.** The sentencing hearing, currently scheduled for September 4, 2019, is hereby **CONTINUED** to **November 20, 2019** at **2:00 p.m.** This is the second requested continuance of sentencing. Sentencing memoranda, if any, shall be filed no later than November 11, 2019 and responsive memoranda, if any, no later than November 15, 2019.

New Orleans, Louisiana this 3rd day of September, 2019

_____
SENIOR UNITED STATES DISTRICT JUDGE

1